**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK L RODRIGUEZ, Petitioner, v. JAMES TILTON, Secretary, et al., Respondent. | Civil No. 08-0205 IEG (PCL) **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 11, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order*.

**IT IS SO ORDERED.**

**DATED: February 13, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

K:\COMMON\EVERYONE_EFILE-PROSE\IEG\08cv0205-dismiss.wpd, 2138