FILED

2008 APR -2 AM 10: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY Rm DEPUTY

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149274 - SH**

**April 02, 2008**
**09:21:46**

**Habeas Corpus**
USAO #.: 08CV0205
Judge..: IRMA E GONZALEZ
Amount.: $5.00 MO
Check#.: 11978769161

**Total-> $5.00**

FROM: FRANK L RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK L RODRIGUEZ,<br>Petitioner,<br>v.<br>JAMES TILTON, Secretary, et al.,<br>Respondent. | Civil No. 08-0205 IEG (PCL)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 11, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.*

**IT IS SO ORDERED.**

**DATED: February 13, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

K:\COMMON\EVERYONE_EFILE-PROSE\IEG\08cv0205-dismiss.wpd, 2138