EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
JAMES D. DUTTON
Supervising Deputy Attorney General
ALANA COHEN BUTLER, State Bar No. 200079
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2534
Fax: (619) 645-2271
Email: Alana.Butler@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK L. RODRIGUEZ,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES TILTON, Secretary, et al.,**<br><br>Respondent. | 08 CV 0205 IEG (PCL)<br><br>**APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**<br><br>Judge: Hon. Peter C. Lewis |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ALANA COHEN BUTLER, State Bar No. 200079
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2534
Fax: (619) 645-2271
Email: Alana.Butler@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK L. RODRIGUEZ,**<br>Petitioner,<br>v.<br>**JAMES TILTON, Secretary, et al.,**<br>Respondent. | 08 CV 0205 IEG (PCL)<br>**APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**<br>Judge: Hon. Peter C. Lewis |

Respondent's Points and Authorities in support of the Answer to the Petition for Writ of Habeas Corpus is 28 pages long. Consequently Respondent requests permission to file a pleading in excess of twenty-five pages. See Local Civil Rule 7.1(h).

Rodriguez raises six claims in a petitioner which is over 70 pages long. Respondent asserted Rodriguez procedurally defaulted on three claims, but addressed all claims on the merits.

/ / /

/ / /

/ / /

/ / /

One of the issues required a lengthy discussion of the facts pertaining to the claim. For these reasons, it was necessary to file a Memorandum of Points and Authorities in excess of 25 pages.

Dated: June 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Alana Cohen Butler

ALANA COHEN BUTLER
Deputy Attorney General

Attorneys for Respondent

ACB:adc
80246327.wpd

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Rodriguez v. Tilton**
No.: **08 CV 0205 IEG (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 9, 2008, I served the following documents:

**APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

n/a

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Frank L. Rodriguez
CDC# V-63358
High Desert State Prison
Facility A
P.O. Box 3030
Susanville, CA 96127
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 9, 2008, at San Diego, California.

| | |
|---|---|
| A. Curiel | [signature] |
| Declarant | Signature |

SD2008800899
80247387.wpd