IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK L. RODRIGUEZ,**<br>Petitioner,<br>**v.**<br>**JAMES TILTON, Secretary, et al.,**<br>Respondents. | 08cv205 IEG (PCL)<br>**ORDER GRANTING RESPONDENT'S APPLICATION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |

Good cause having been shown, Respondents' request to file Memorandum of Points and Authorities in excess of 25 pages is GRANTED.

DATED: June 10, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court