TO. CLERK OF U.S. DISTRICT COURT: JUNE-12-08

IM JUST WRITING TO LET YOU KNOW I GOT A NEW ADDRESS. FRANK RODRIGUEZ. [illegible] V-63358-4B-1A-204low P.O. BOX 1906, TEHACHAPI, CAL 93581- THANK YOU FOR YOUR TIME.

SINCERLY,
Frank Rodriguez

08CV0205 IEG (PCL)

FILED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

C.C.I.
FRANK RodRIGUEZ
V-63358-4B-1A-204 LOW
P.O. Box 1906
TEHACHAPI, CAL 93581

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004224990
$ 00.42[0]
JUN 13 2008
MAILED FROM ZIP CODE 93581

Clerk of U.S. District Court
Room 4290
880 Front Street
San Diego, Cal
92101-8900

(Confidential
Legal
Mail)

9210138897 C037